IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:06-cv-01507-EWN-MJW

LINC CREDIT PROPERTY V, LLC, a Delaware limited liability company

Plaintiff,

v.

CALL SOLUTIONS, INC., an Ohio corporation, and HOWARD MEISTER,

Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ANSWER

**(DN 27)**

THIS MATTER having come before the Court on the plaintiff's Motion for leave to answer Call Solutions' Counterclaim, and the Court having considered the Motion and being fully advised in the premises,

HEREBY ORDERS that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file its answer to Call Solutions' Counterclaim within three business days of the date of this Order.

DONE AND ORDERED this 15th Day of November, 2006.

s/Michael J. Watanabe
MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE